<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHY VASQUEZ, | |
|               Petitioner, | |
|       v. | Civil No. 12-5117 (ES) |
| COMMISSIONER OF SOCIAL SECURITY | **OPINION AND ORDER** |
|               Respondent. | |

<u>**SALAS, Judge**</u>

      Petitioner Cathy Vasquez ("Petitioner") filed a complaint on August 14, 2012, that opened the above captioned case in this Court. (Docket Entry No. 1). It appears that:

      1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

      2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

      3. Petitioner did not prepay $350.00; rather, she submitted an application to proceed in this matter *in forma pauperis* ("IFP application"), pursuant to 28 U.S.C. § 1915. (Docket Entry No 1-1).

      4. Having considered Petitioner's IFP application, the Court concludes that Petitioner has adequately established that her financial condition renders payment of the $350.00 filing fee a hardship.

      Therefore, for the foregoing reasons;

IT IS ON THIS 17th day of August, 2012,

ORDERED that Petitioner's IFP application is GRANTED;

ORDERED that the Clerk of the Court FILE Petitioner's complaint.

/s/ Esther Salas
ESTHER SALAS, U.S.D.J.